Jeffrey Brian COHEN, Plaintiff-Appellant,

v.

William D. QUARLES, Jr., U.S. District Judge, Defendant-Appellee.

No. 16-7412

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2017

Decided: June 8, 2017

Jeffrey Brian Cohen, Appellant Pro Se.

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Brian Cohen appeals the district court's orders dismissing his civil action and denying Fed. R. Civ. P. 59(e) relief. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Cohen v. Quarles*, No. 1:16-cv-02943-ELH (D. Md. Filed Aug. 31, 2016 & entered Sept. 1, 2016; filed & entered Oct. 4, 2016); *see also Penn-Am. Ins. Co. v. Coffey*, 368 F.3d 409, 412 (4th Cir. 2004) (discussing considerations relevant to district court's exercise of discretion to adjudicate claim for declaratory relief implicating related proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*